# EXHIBIT 21

**DAY PITNEY** LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

**ATTORNEYS FOR** Defendant United Parcel Service, Inc.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | | |
|---|---|---|
| BILAL ABDULLAH, | : | EEOC Subpoena No. NY-A7-023 |
| | | EEOC Charge No. 165-2006-00422 |
| Complainant, | : | |
| v. | : | **UPS' RESPONSES AND OBJECTIONS TO** |
| UNITED PARCEL SERVICE, INC., | : | **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S** |
| Respondent. | : | **REQUESTS FOR INFORMATION IN SUBPOENA NO. NY-A7-023** |
| | : | |

TO:   John E. Thompson
      Director
      Equal Employment Opportunity Commission
      Buffalo Local Office
      Six Fountain Plaza, Suite 350
      Buffalo, NY 14202

Respondent United Parcel Service, Inc. ("UPS" or the "Company") hereby objects and responds to the Equal Employment Opportunity Commission's ("EEOC") Request for Information, contained in Subpoena No. NY-A7-023, as set forth herein.

These responses reflect UPS's present knowledge of the matters covered by EEOC's subpoena and its best efforts to identify the information responsive to the requests for information contained therein. UPS reserves the right to amend or supplement its responses as may be necessary or appropriate in the future.

UPS is responding to the EEOC's subpoena in connection with the Bilal Abdullah charge only. UPS is not responding to the EEOC's subpoena in connection with the Muhammed Farhan charge, which purports to involve an employee in Texas, because this firm does not represent UPS in employment matters arising in Texas. Moreover, the Farhan charge is outside the jurisdictional area of the EEOC's Buffalo, New York local office, which issued the subpoena. According to the EEOC website:

> The Buffalo Local Office has jurisdiction over the State of New York counties of Albany, Allegany, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Cortland, Delaware, Erie, Essex, Franklin, Fulton, Genesee, Hamilton, Herkimer, Jefferson, Lewis, Livingston, Madison, Monroe, Montgomery, Niagara, Oneida, Onondaga, Ontario, Orleans, Oswego, Otsego, Rensselaer, St. Lawrence, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, Steuben, Tioga, Tompkins, Warren, Washington, Wayne, Wyoming, and Yates.

DAY PITNEY LLP
Attorneys for Respondent
United Parcel Service, Inc.

By: _____
WENDY JOHNSON LARIO
A Member of the Firm

DATED: April 22, 2010.







## CERTIFICATION OF SERVICE

I hereby certify that on this date the foregoing Responses and Objections by UPS to the EEOC's requests for information contained in Subpoena No. NY-A7-023, were served via overnight mail upon John E. Thompson, Director, Equal Employment Opportunity Commission, Buffalo Local Office, Six Fountain Plaza, Buffalo, NY 14202.

_____
JEFFREY A. GRUEN

DATED: April 22, 2010