# EXHIBIT 28

**GT GreenbergTraurig**

Wendy Johnson Lario
Tel. 973.443.3274
Fax 973.301.8410
lariow@gtlaw.com

July 18, 2012

<u>Via Facsimile and Regular Mail</u>
John E. Thompson, Jr.
Director
Equal Employment Opportunity Commission
6 Fountain Plaza, Suite 350
Buffalo, NY 14202

Mary Ann Drabczyk,
Investigator
Equal Employment Opportunity Commission
6 Fountain Plaza, Suite 350
Buffalo, NY 14202

Re:   <u>Commissioner Ishimaru v. United Parcel Service, Inc.</u>
      Charge No. 525-2009-00220
      <u>Bilal Abdullah v. United Parcel Service, Inc.</u>
      Charge No. 165-2006-00422
      <u>Muhammad Farhan v. United Parcel Service, Inc.</u>
      Charge No. 165-2006-00716

Dear Mr. Thompson and Ms. Drabczyk:

We represent the respondent United Parcel Service, Inc. (UPS) in connection with the captioned matters and are writing in response to the Commission's June 29, 2012 Determination and conciliation proposal.



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY⁺
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS GREENBERG TRAURIG MAHER LLP
⁺OPERATES AS GREENBERG TRAURIG, S.C.
**STRATEGIC ALLIANCE

John E. Thompson, Jr. and Mary Ann Drabczyk
July 18, 2012
Page 2

[redacted]

Very truly yours,

Wendy Johnson Lario

GREENBERG TRAURIG, LLP

NJ 227,468,711v1 7-16-12