# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 1:15-cv-04141-MKB-CLP |
| Plaintiff, | **NOTICE OF MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)** |
| v. | |
| UNITED PARCEL SERVICE, INC. | |
| Defendant. | |

Plaintiff Equal Employment Opportunity Commission ("EEOC") hereby moves for an order striking certain affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f). Specifically, the EEOC moves to strike Defendant's Fourth (failure to conciliate), Fifth (waiver and estoppel), Sixth (laches and unclean hands), Twelfth (statute of limitations), Fifteenth (failure to exhaust administrative procedures), Twenty-Second (precluding claims outside scope of charges), and Twenty-Third (failure to make prompt determinations) Affirmative Defenses. Each of the asserted defenses is insufficient as a matter of law, and failure to strike the defenses would unnecessarily delay this action and prejudice the EEOC by requiring it to undergo lengthy and burdensome discovery on unavailable or insupportable defenses. The EEOC therefore respectfully requests that the Court strike the above-referenced defenses from Defendant's Answer for the reasons set forth in the accompanying Memorandum of Law.

The return date will be set by the Court.

Dated: September 16, 2016

Respectfully submitted,

/s/Elizabeth Fox-Solomon
Elizabeth Fox-Solomon

        Trial Attorney
        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        Buffalo Local Office
        6 Fountain Plaza, Suite 350
        Buffalo, New York 14202
        (716) 551-3393
        Elizabeth.fox-solomon@eeoc.gov

Case 1:15-cv-04141-MKB-CLP   Document 39   Filed 09/16/16   Page 2 of 3 PageID #: 598

## **CERTIFICATE OF SERVICE**

I, Elizabeth Fox-Solomon, hereby certify that on September 16, 2016, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedures, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Wendy Johnson Lario, Esq.
Attorney for Defendant United Parcel Service, Inc.
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
lariow@gtlaw.com

/s/ Elizabeth Fox-Solomon
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Buffalo Local Office
6 Fountain Plaza, Suite 350
Buffalo, New York 14202
(716) 551-3393
Elizabeth.fox-solomon@eeoc.gov